UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ONEZ MARTINEZ PONCE,

Petitioner,

v. Action No. 2:26cv120

JEFFREY CRAWFORD, and
RUSSELL HOTT,

Respondents.

**FINAL ORDER**

This matter is before the Court on the *pro se* 28 U.S.C. § 2241 petition of Onez Martinez Ponce ("Mr. Ponce"), previously a detainee of United States Immigration and Customs Enforcement ("ICE"). ECF No. 1. Mr. Ponce filed the petition on February 5, 2026, alleging that he had been unlawfully detained without a bond hearing and seeking immediate release or a bond hearing. *Id.* at 6–7. ICE removed Mr. Ponce from the United States to Honduras on June 20, 2026. ECF No. 17, at 1. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. ECF No. 4.

The Magistrate Judge's Report and Recommendation filed July 17, 2026, recommends that the petition be denied and dismissed without prejudice for lack of jurisdiction due to Ponce's removal from the United States. ECF No. 19. The parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 4–5, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the petition for a writ of habeas corpus, ECF No. 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

Mr. Ponce has failed to demonstrate "a substantial showing of the denial of a constitutional right," and, therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. *See Miller-El v. Cockrell*, 537 U.S. 322, 327, 335–36 (2003).

Mr. Ponce is **ADVISED** that because a certificate of appealability is denied by this Court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed. R. App. P. 22(b); Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a). **If Mr. Ponce intends to seek a certificate of appealability from the Fourth Circuit, he must do so within thirty (30) days from the date of this Final Order. Mr. Ponce may seek such a certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.**

The Clerk shall forward a copy of this Final Order to Mr. Ponce and to counsel for respondent.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
Senior United States District Judge

September 2, 2026
Norfolk, Virginia